IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD R. SEILHEIMER (INDEPENDENT EXECUTOR), Plaintiff, v. SOUNDVIEW HOME LOAN TRUST 2006-OPT2, Defendant. | § § § § § § § § § | Civil Action No. 3:22-CV-0681-N-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since neither licensed counsel has timely appeared on behalf of the plaintiff nor has the plaintiff timely filed an amended complaint as allowed by the recommendation, the entire action is *sua sponte* **DISMISSED without prejudice**, and *Defendant's 12(b)(6) Motion to Dismiss Plaintiff's Complaint and Brief in Support*, filed April 13, 2022 (doc. 9), is **DENIED as moot**. By separate judgment, the plaintiff's claims against the defendant will be *sua sponte* **DISMISSED without prejudice**.

**SIGNED** this 21st day of November, 2022.

_____
**CHIEF UNITED STATES
DISTRICT JUDGE**